UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

S & S HOMES, LLC, et al.,

    Plaintiffs,

    v.

CITY OF PERU, INDIANA, et al.,

    Defendants.

Case No. 3:24-CV-2-CCB-SJF

### ORDER

The two individual plaintiffs, Zachary See and Michael Selleck, as well as the LLC plaintiff, S & S Homes, LLC ("S & S"), in this case are represented by Attorney Anthony R. Spahr. On April 4, 2024, the magistrate judge took under advisement Plaintiffs' counsel's motion to withdraw his appearance and afforded Plaintiffs, especially S & S, time to secure representation or file a status report regarding their intentions. (ECF 25). Plaintiffs were advised that failure to respond as ordered "could result in sanctions up to and including dismissal of this case." (*Id.* at 2).

Plaintiffs did not respond so on June 18, 2024, the magistrate judge issued an order to show cause why this case should not be dismissed for failure to secure substitute counsel or otherwise respond to the previous order. (ECF 26). The same warning regarding "sanctions up to and including dismissal of the case" was included. (*Id.* at 1–2). Attorney Spahr responded leading the magistrate judge to issue a third order on December 17, 2024, affording Plaintiffs one last chance to comply with the Court's orders. (ECF 29). The magistrate judge once again advised Plaintiffs of the risks

of "sanctions up to and including dismissal" if they failed to secure counsel by January 17, 2025. (*Id.*). Plaintiffs did not comply with the magistrate judge's order, so on February 11, 2025, the magistrate judge recommended the case be dismissed without prejudice for lack of prosecution and failure to comply with the Court's orders. (ECF 30).

Under Rule 72(b), Plaintiffs had 14 days to object to the magistrate judge's recommendation, which they did not do. Accordingly, the Court **ADOPTS** the magistrate judge's recommendation (ECF 30) and **DISMISSES** this case **WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b). This order terminates the case.

SO ORDERED on March 3, 2025.

        /s/*Cristal C. Brisco*
        CRISTAL C. BRISCO, JUDGE
        UNITED STATES DISTRICT COURT